## DOWDLE *v.* STEIN.

99 661
108 240

*Simmons, C. J.*—A defendant against whom a judgment for an amount exceeding $50 was rendered in a county court had the right to enter an appeal therefrom to the superior court, and it was error to dismiss such appeal on the ground that as only a question of law was involved, the defendant's remedy was exclusively by *certiorari*.  See *Brown* v. *Robinson*, 91 *Ga.* 275, which supports the ruling now made, and in which the decisions rendered by this court in *Small* v. *Sparks*, 69 *Ga.* 745,

and *Rogers* v. *Bennett, 78 Ga.* 707, are explained and their true meaning indicated.                    *Judgment reversed.*

November 16, 1896.  Argued at the last term.

Appeal.  Before Judge Fish.  Sumter superior court. November term, 1895.

*L. J. Blalock* and *W. P. Wallis,* for plaintiff in error. *R. L. Maynard,* contra.